UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CYNTHIA ISABELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:18-cv-00364-DRL |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY and TERESA DOBRZYKOWSKI, individually and in her official capacity as Assistant Dean of IUSB College of Health Sciences, | ) ) ) ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in light of a settlement between the parties, plaintiff Cynthia Isabell and defendants The Trustees of Indiana University and Teresa Dobrzykowski stipulate and agree to the dismissal of all claims in this lawsuit with prejudice.

Respectfully submitted,

*s/Francis Manion  (with consent)*
Francis Manion
Geoffrey R. Surtees
AMERICAN CENTER FOR LAW & JUSTICE
P.O. Box 60
New Hope, Kentucky 40052
(502) 549-7020 – phone
(502) 549-5252
Fmanion@aclj.org

*Counsel for Plaintiff*
*Cynthia Isabell*

*s/Michael C. Terrell*
Michael C. Terrell, Atty. No. 2124-49
James R.A. Dawson, Atty. No. 20086-49
Melissa A. Macchia, Atty. No. 29920-49
Erica M. Knear, Atty. No. 35028-53
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
mterrell@taftlaw.com
jdawson@taftlaw.com
mmacchia@taftlaw.com
eknear@taftlaw.com

*Counsel for Defendants*

26824324.1